# NEW ENGLAND MOBILE COMMUNICATIONS, INC. *v.* LUIS ESCOBAR ET AL.
## (AC 12796)

Dranginis, Bishop and Dupont, Js.

Submitted on briefs February 26—officially released March 18, 2003

Per Curiam. The judgment is affirmed.

# ANGELA L. RUFFIN *v.* AMERICAN RENTAL CAR
## (AC 23036)

Dranginis, Bishop and West, Js.

Submitted on briefs February 26—officially released March 18, 2003

Per Curiam. The judgment is affirmed.

# LANTERN PARK CONDOMINIUM ASSOCIATION *v.* RICHARD D. STADNICK ET AL.
## (AC 22983)

Lavery, C. J., and Schaller and Hennessy, Js.

Submitted on briefs February 26—officially released March 18, 2003

Per Curiam. The judgment is affirmed.